WM. BERRY'S ADMR. *v.* CALEB RATCLIFF, SENT.

**Bills and Notes—Note by Corporation—When Individual Note of Obligors.**

> A note signed by a corporation, by A and B, as officers, but in the
> body of same using the word "we," held, to convey an individual
> liability of the officers signing same.

**Same—Consideration.**

> A purchase of a right-of-way for a corporation, held, to be sufficient
> consideration to uphold a note given by the individual directors of the
> corporation.

APPEAL FROM BATH CIRCUIT COURT.

October 7, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

Although the payees of the note executed to Ratcliff on the
15th of March, 1867, describe themselves as president and di-
rectors of the Sharpsburg and Owensville Turnpike Company
it is evident from its wording that it was intended that it should
be their personal obligation. The circumstances under which
it was made indicate that Ratcliff would not have accepted the
obligation of the company in discharge of his claim. This fact
was understood by Berry and the pronoun *"we"* was used in the
body of the note for the purpose of making it the individual
undertaking of those who signed it, and in our opinion it had
that effect. The plea of want of consideration cannot be sus-
tained. The right of way over the eleven acres of land and the
one of the stone quarry constitute a sufficient consideration to
uphold the note. The Turnpike Company was not divested of
any part of this consideration by the sale of the land to Gasset
nor of Gasset's sale to Marshall. They both seem to have had
notice of the rights acquired by the company under their written
agreement with Ratcliff submitting the question of damages on
account of the stone quarry and right of way over the land to
referees. And Marshall in his deposition taken in this case states
that the company is now in the enjoyment of all they acquired
from Ratcliff, and expressly recognizes their right to the same.

The judgment of the court below is affirmed.

*Nesbitt & Gudgell, for appellant.*
*Holt, Hurt, for appellee.*